IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DEMETRIUS THOMAS; RODRICK CHAMBERS; and PAUL THOMAS § § § § PLAINTIFFS, § § VS. § DOUBLE K LOGGING, LLC; GARY SCOTT KIMBREL; and JOHNNY KYNARD § § § § § DEFENDANTS. § | CIVIL ACTION NO.: CV-2010-282 |

**FIRST AMENDED COMPLAINT**

**I.   JURISDICTION**

1. The jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331, 1343 (4), 2201 and 2202 and pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*. Venue for this action properly relies in the Southern District pursuant to 28 U.S.C. 1391 (b).

**II.   PARTIES**

2. Plaintiff, Demetrius Thomas, is a resident of Greensboro, Hale County, Alabama and performed work for the Defendants in the counties composing the Southern District of Alabama. Thomas was an employee within the contemplation of 29 U.S.C. 203(E)(1). Thomas began working with Defendants

on or about July 2008 and worked until on or about June 2009 as a logger/truck driver.

3. Plaintiff, Roderick Chambers, is a resident of Sawyerville, Hale County, Alabama and performed work for the Defendants in the counties composing the Southern District of Alabama. Chambers was an employee within the contemplation of 29 U.S.C. 203(E)(1). Chambers began working with Defendants on or about February 2007 and worked until on or about October 2008 as a logger/truck driver. Plaintiffs, Demetrius Thomas and Roderick Chambers shall hereinafter be referred to as "Plaintiffs."

4. Plaintiff, Paul Thomas, is a resident of Sawyerville, Hale County, Alabama and performed work for the Defendants in the counties composing the Southern District of Alabama. Paul Thomas was an employee within the contemplation of 29 U.S.C. 203(E)(1). Paul Thomas began working with Defendants on or about May 2007 and worked until on or about August 2007 as a logger.

5. Defendant, Double K Logging, LLC (hereinafter "KK"), is a corporation registered to do business in the State of Alabama and does business in Greensboro, Hale County, Alabama. KK is an employer engaged in commerce as contemplated by 29 U.S.C. 203 (d) and 203 (r).

6. Defendant, Gary Scott Kimbrel, is a corporate officer of KK that had and has operational control over the day to day functions of KK and its compensation of employees.  Kimbrel also has direct responsibility for the supervision of employees, such as the Plaintiffs.

7. Defendant, Johnny Kynard, is a corporate officer of KK that had and has operational control over the day to day functions of KK and its compensation of employees.  Kynard also has direct responsibility for the supervision of employees, such as the Plaintiffs.

## III. STATEMENT OF FACTS

8. Plaintiffs hereby incorporate by reference each of the allegations above as if set out specifically herein.

9. Plaintiffs worked roughly 12 to 14 hour shifts generally five or six days a week.

10. Defendants' customary practice was to make Plaintiffs work from roughly 5:00 a.m. until 6:15 p.m.  Plaintiffs were often given no lunch break, and when they were given a lunch break, it lasted only thirty minutes.

11. Defendants paid Plaintiffs a daily wage that did not take into account, in any way, the number of hours worked in a workweek.

12. Throughout Plaintiffs' employment, Plaintiffs regularly worked roughly 20 to 25 hours of overtime per week.

13. Defendants have refused to pay Plaintiffs these overtime hours worked at the rate of 1.5 times their regularly hourly rate for hours worked over 40 in a work week.

14. Upon information and belief, Defendants' violations of the FLSA occurred with every employee for every week.

## IV.   COUNT ONE- FLSA Overtime Violations

15. Plaintiffs hereby incorporate by reference each of the allegations above as if set out specifically herein.

16. Defendants have failed and refused to comply with the FLSA's overtime wage requirements to pay Plaintiffs one and one half their regular hourly rate for hours worked in excess of forty hours per week during Plaintiffs' employment. Instead, Defendants have paid Plaintiffs a daily rate unrelated to overtime hours worked.

17. Defendants have failed to pay Plaintiffs the overtime wage rate for at least three years preceding the filing of this complaint for all hours worked by Plaintiffs for Defendants over 40 in a work week.

18. Defendants' willful violations have caused financial damage to the Plaintiffs, consisting of loss of pay.

## V. COUNT FIVE – Retaliation

19. Plaintiffs hereby incorporate by reference each of the allegations above as if set out specifically herein.

20. On or about June 2008, Thomas complained about the wage and hour violations taking place at Double K Logging, LLC.

21. Additionally, Demetrius Thomas joined a lawsuit against Johnny Kynard Logging, Inc. and Johnny Kynard individually on or about June 2008. This suit was titled *Willie J. Maudlin, Jr. v. Johnny Kynard Logging, Inc.* and was filed in the United States District Court for the Southern District of Alabama. This suit alleged that Johnny Kynard, who is a defendant in this suit as well, and Johnny Kynard Logging, Inc. did not properly pay Thomas overtime pursuant to the Fair Labor Standards Act.

22. At all times relevant to this Complaint, Johnny Kynard was a corporate officer of Johnny Kynard Logging, Inc. and had operational control over the day to day functions of Johnny Kynard Logging, Inc. He was, and is, also an owner and officer of Double K Logging. Furthermore, the operations of Johnny Kynard Logging, Inc. and Double K Logging, LLC were highly interrelated and the two companies did not respect the corporate form.

23. After Thomas' complaint about overtime at Double K Logging, LLC and Plaintiff's entry into the suit against Johnny Kynard Logging, Inc. and Johnny

Kynard individually, Defendants willfully, knowingly and/or recklessly violated the provision of FLSA which prohibits an employer from "discriminat[ing] against any employee because such employee has filed any complaint or instituted or caused to be instituted any proceeding under or related to this chapter..." 29 U.S.C. § 215(a)(3).

24. Among other things, Defendants constructively discharged Demetrius Thomas in retaliation for his complaining about the aforementioned overtime violations.

25. This constitutes a prima facia case of retaliation and was carried out with retaliatory intent.

26. Because Defendants have unlawfully retaliated against Demetrius Thomas, Thomas is entitled to back pay, front pay, compensatory and liquidated damages, punitive damages, attorneys' fees, costs, and other compensation

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray for the following relief:

A. The Court issue proper process to compel Defendants to answer or otherwise plead to the allegations contained in the Complaint;

B. This Court award Plaintiffs, to be paid by the Defendants, jointly and severally, the amount of their unpaid overtime wages, plus an additional equal amount as liquidated damages;

C. That Plaintiffs be granted judgment against the Defendants, jointly and severally, for all reasonable attorneys' fees, costs, disbursements and compensatory damage; and

D. That Plaintiff, Demetrius Thomas, be awarded back pay, front pay, compensatory and liquidated damages, punitive damages, attorneys' fees, costs, and other compensation for Defendants' unlawful retaliation.

E. For such other and further relief as this Court deems equitable, proper and just.

    Respectfully Submitted,

    s/David A. Hughes
    David A. Hughes (ASB-3923-U82D)
    Attorney for Plaintiffs
    2121 14th Street
    Tuscaloosa, Alabama 35401
    Telephone: (205) 344-6690
    Fax: (205) 344-6188
    E-mail: dhughes@hardinhughes.com

    s/Michael K. Amster
    Michael K. Amster
    (ASB-8395-A57A)
    Attorney for Plaintiffs
    2121 14th Street
    Tuscaloosa, Alabama 35401
    Telephone: (205) 344-6690
    Fax: (205) 344-6188
    E-mail: mamster@hardinhughes.com

<u>Serve Defendants:</u>

Double K Logging, LLC
4283 Rosemary Rd.
Greensboro, AL 36744

Gary Scott Kimbrel
4283 Rosemary Rd.
Greensboro, AL 36744

Johnny Kynard
412 College Street
Greensboro, AL 36744